■ In the Matter of ROBERT J. WHITBREAD, for Reinstatement, Petitioner. [614 NYS2d 341] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Denman, P. J., Green, Pine, Davis and Boehm, JJ.

■ PEOPLE v JOHN ROZANSKI, Defendant. [614 NYS2d 341] — Motion to extend time to take appeal denied as unnecessary. Memorandum: Defendant was not served with a copy of the order denying his CPL article 440 motion. Therefore, his time to file and serve an application for leave to appeal has not expired (see, CPL 460.10 [4] [a]). Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.

■ In the Matter of LEOLLIA QUACKENBUSH, Respondent, v RAYMOND HELLINGER, Appellant. [614 NYS2d 335] —Motion granted and order of Oswego County Family Court summarily reversed and matter remitted to Oswego County Family Court for further proceedings in accordance with the following Memorandum: Respondent appeals from an order of the Ontario County Family Court denying objections to the order of a Hearing Examiner. He has submitted uncontroverted proof that seven of eight tape recordings of proceedings before the Hearing Examiner are of such poor quality that they are not transcribable. The missing dates appear to include all of the testimony. The single transcript provided is insufficient for meaningful appellate review and reversal is required. Family Court should vacate the order of the Hearing Examiner and order a de novo hearing. Present—Pine, J. P., Balio, Lawton, Fallon and Doerr, JJ. (Filed Mar. 31, 1994.)

■ ANDREA M. GIANNINY, Appellant, v MARK R. GIANNINY, Respondent. [614 NYS2d 342] —Motion for leave to proceed as poor person and for stay denied. Memorandum: Because there is an automatic stay (see, 11 USC § 362), plaintiff's application for a stay is unnecessary. Plaintiff's application for poor person relief is denied because she has failed to show "sufficient facts so that the merit of the contentions can be ascertained" (CPLR 1101 [a]). Present—Green, J. P., Balio, Lawton, Fallon and Callahan, JJ.